# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 19-50358

United States Court of Appeals
Fifth Circuit

**FILED**

December 12, 2019

Lyle W. Cayce
Clerk

VINCENT ALONZO CORSON,

Petitioner - Appellant

v.

LORIE DAVIS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION,

Respondent - Appellee

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:19-CV-196

Before HAYNES, GRAVES, and ENGELHARDT, Circuit Judges.

PER CURIAM:*

A member of this panel previously denied appellant's motion for a certificate of appealability. The panel has considered appellant's motion for reconsideration. IT IS ORDERED that the motion is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 19-50358

The Court has – to the best of its ability – discerned and considered the arguments set forth in Petitioner's motion for reconsideration. Upon review of the District Court's denial of his 28 U.S.C. § 2254 habeas application and this Court's denial of his certificate of appealability, the Court finds no grounds to grant the relief Petitioner now seeks.